IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLYDE ALLEN RIFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-333-GKF |
| ) | |
| OKLAHOMA DEPARTMENT ) | |
| OF PUBLIC SAFETY, *et al*., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is the Notice of Supplemental Authority [Doc. No. 134] of defendants Jefferson, Willis, and Dale. That notice is stricken. E.D. Okla. Civ. R. 7.1(e) provides that "[s]upplemental briefs are not encouraged and may be filed only upon motion and leave of [c]ourt." At a telephonic hearing on June 16, 2017, the court denied defendants' oral request for leave to file supplemental briefs, but took judicial notice of *White v. Pauly*, 137 S.Ct. 548 (2017) and *Aldaba v. Pickens*, 844 F.3d 870 (10th Cir. 2016). Hours later, the instant notice was filed. Because it violates E.D. Okla. Civ. R. 7.1(e), and this court's previous denial of defendants' request for leave, the notice is stricken.

WHEREFORE, defendants' Notice of Supplemental Authority [Doc. No. 134] is stricken pursuant to E.D. Okla. Civ. R. 7.1(e).

IT IS SO ORDERED this 16th day of June, 2017.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT